UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>ANDRE M. DAVIS<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 W. LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0801<br>FAX (410) 962-0820 |

October 9, 2001

MEMORANDUM TO COUNSEL RE:

Beard v. Ballas
Civ. No. AMD 01-2195

As you know, this case has been reassigned from Judge Motz to my docket. Please note the correct style of the case as set forth above.

Although Judge Motz had set a pre-trial conference for October 16, 2001, I do not wish to hold such a conference. Rather, on or before that date, you should submit a proposed scheduling order in the format of the standard order transmitted to you by Judge Motz. You may assume that I will adopt your proposed order, unless I have a problem with the dates and deadlines you propose, which I do not anticipate.

Despite the informal nature of this letter, it is an Order of Court and the Clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file