FILED
U.S. DISTRICT COURT
2002 JAN -4 A 11: 39
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

JAN 0 4 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                  DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| SARAH E. BEARD, minor, by her parents and next friends, SHANNAN BEARD and ROY C. BEARD, JR., et al. | * |
| **Plaintiffs** | * |
| v. | *   Civil No. AMD-01-2195 |
| CHRISTOS M. BALLAS, M.D., et al. 688 A Poole Road Westminster, Maryland 21157 | * |
| **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT ORDER

Plaintiffs and Defendants, by their undersigned counsel, hereby agree and consent to the following deadlines:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re experts | Monday, February 18, 2002 |
| Defendant's Rule 26(a)(2) disclosures re experts | Monday, May 20, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | Monday, June 17, 2002 |
| Rule 26(e)(2) supplementation of disclosure and responses | Monday, July 15, 2002 |
| Discovery deadline; submission of status report | Friday, July 19, 2002 |



| | |
|---|---|
| Requests for admission | Friday, July 19, 2002 |
| Dispositive pretrial motions deadline | Friday, August 30, 2002 |

_____
Craig B. Merkle, Esquire
Goodell, DeVries, Leech &
 & Dann, LLP
One South Street - 20th Floor
Baltimore, Maryland 21202
410-783-4000

Attorneys for Defendants

_____
Howard A. Janet
Wayne M. Willoughby
Zev T. Gershon

JANET, WILLOUGHBY, GERSHON,
 GETZ & JENNER, LLC
Woodholme Center - Suite 320
1829 Reisterstown Road
Baltimore, Maryland 21208
(410) 653-3200

Attorneys for Plaintiffs

APPROVED AND SO ORDERED THIS __4th__ day of __Jan.__, 2002.

_____
ANDRE M. DAVIS, JUDGE
UNITED STATES DISTRICT COURT

cc:   Wayne M. Willoughby
      Janet, Willoughby & Gershon, LLC
      Woodholme Center - Suite 320
      1829 Reisterstown Road
      Baltimore, Maryland 21208

      Craig B. Merkle, Esquire
      Goodell, DeVries, Leech & Dann, LLP
      One South Street, 20th Floor
      Baltimore, Maryland 21202