cc:

Craig B. Merkle, Esquire
Teri Kaufman Leonovich, Esquire
Goodell DeVries Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202

Howard A. Janet
Wayne M. Willoughby
Zev T. Gershon
Janet, Willoughby, Gershon, Getz & Jenner, LLC
Woodholme Center – Suite 320
1829 Reisterstown Road
Baltimore, MD  21208

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| SARAH BEARD, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No.: |
| CHRISTOS BALLAS, M.D., et al. ) | AMD 01 CV 2195 |
| Defendants ) | |

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

MAR 1 4 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ORDER

Having duly considered the parties' Consent Motion to Amend the Scheduling Order, it is hereby Ordered this 14th day of March, 2002, that the Consent Motion is GRANTED. The following Scheduling Order shall be in place:

| | |
|---|---|
| Defendant's Rule 26(a)(2) disclosures regarding experts | June 19, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures regarding experts | August 16, 2002 |
| Rule 26(e)(2) supplementation of disclosure and responses | September 13, 2002 |
| Discovery deadline; submission of status report | September 17, 2002 |
| Requests for admission | September 17, 2002 |
| Dispositive pretrial motions deadline | October 21, 2002 |

_____
Honorable Andre M. Davis
Judge, United States District Court

