IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| SARAH BEARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | |
| CHRISTOS BALLAS, M.D., et al. ) | AMD 01 CV 2195 |
| ) | |
| Defendants ) | |

### ORDER

Having duly considered the parties' Consent Motion to Amend the Scheduling Order, it is hereby Ordered this 6th day of June, 2002, that the Consent Motion is GRANTED. The following Scheduling Order shall be in place:

| | |
|---|---|
| Defendant's Rule 26(a)(2) disclosures regarding experts | August 19, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures regarding experts | October 16, 2002 |
| Rule 26(e)(2) supplementation of disclosure and responses | November 13, 2002 |
| Discovery deadline; submission of status report | November 18, 2002 |
| Requests for admission | November 18, 2002 |
| Dispositive pretrial motions deadline | December 23, 2002 |

Honorable Andre M. Davis
Judge, United States District Court



cc:

Craig B. Merkle, Esquire
Teri Kaufman Leonovich, Esquire
Goodell DeVries Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202

Howard A. Janet
Wayne M. Willoughby
Zev T. Gershon
Janet, Willoughby, Gershon, Getz & Jenner, LLC
Woodholme Center – Suite 320
1829 Reisterstown Road
Baltimore, MD  21208