UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

October 15, 2002

MEMORANDUM TO COUNSEL RE:

Beard v. Ballas
Civ. No. AMD 01-2195

    Having reviewed the file in this medical malpractice action, which was originally assigned to Judge Motz, I note that throughout the series of amendments to the extant scheduling orders, we have never assigned a trial date for this case. Accordingly, I am hereby modifying the scheduling order as follows:

> **The pretrial conference shall be held in chambers on Tuesday, February 18, 2003, at 4:45 p.m., and jury trial shall commence during the two week period commencing March 17, 2003.**

In all other respects, the amended scheduling order entered on June 6, 2002, remains in effect.

    Additionally, in an abundance of optimism that the case might benefit from mediation, and in view of the heavy schedules of our Magistrate Judges, I am today entering an order referring this case to a Magistrate Judge for ADR. This will provide plenty of time before the trial to permit the parties to engage in good faith settlement discussions under court supervision.

    Despite the informal nature of this memorandum, it is an Order of Court and the clerk shall docket it as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt

