IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| SARAH E. BEARD, minor, by her parents and next friends, SHANNON BEARD and ROY C. BEARD, JR., et al. | * |
| Plaintiffs | * |
| v. | *   Civil No. AMD-01-2195 |
| CHRISTOS M. BALLAS, M.D., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

This matter having come before the Court on Plaintiffs' Unopposed Motion to Authorize and Direct Specific Transaction Without Appointment of Guardian, and this Court having determined that the minor owns or is entitled to property in the form of settlement proceeds that requires management and protection and that it is in the minor's best interest to authorize and direct transfer of the settlement proceeds to a special needs trust, and other good cause appearing, it is this 4th day of February, 2003, hereby

ORDERED, that said Motion is GRANTED; and it is

FURTHER ORDERED, that Plaintiffs and their counsel are authorized and directed to transfer the net settlement proceeds referred to in the Motion to the Trustees of the Sarah E. Beard Irrevocable Special Needs Trust; and it is

FURTHER ORDERED, that any future periodic payments arising from the resolution of the birth injury medical malpractice claim of Sarah E. Beard be made payable to the Trustees of the Sarah E. Beard Irrevocable Special Needs Trust.

_____
ANDRE M. DAVIS, JUDGE
UNITED STATES DISTRICT COURT

cc:     Wayne M. Willoughby, Esquire
        Janet, Willoughby, Gershon,
          Getz & Jenner, LLC
        Woodholme Center - Suite 320
        1829 Reisterstown Road
        Baltimore, Maryland 21208

        Counsel for Plaintiffs


        Craig B. Merkle, Esquire
        Goodell, DeVries, Leech & Dann, LLP
        One South Street, 20th Floor
        Baltimore, Maryland 21202

        Counsel for Defendants


        Robert C. Lyons, CPA
        6701 Democracy Boulevard, Suite 600
        Bethesda, Maryland 20817

        Co-Trustee of the Sarah E. Beard
          Irrevocable Special Needs Trust